**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ivan CASTELLANOS–CORREA,
aka Adres Leon–Pacheco,
Defendant—Appellant.**

**No. 05–50574.**

George Hardy, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

Debra R. Torres-Reyes, Esq., San Diego, CA, for Defendant–Appellant.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Decided Sept. 18, 2006.

Before: PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

MEMORANDUM **

Ivan Castellanos–Correa appeals from the district court's judgment and 22–month sentence imposed following his guilty-plea conviction for making a false statement to a federal officer, in violation of 18 U.S.C. § 1001, and misdemeanor illegal entry, in violation of 8 U.S.C. § 1325.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Castellanos–Correa has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Castellanos–Correa has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED**, and this appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

